IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADBRITE INC,

    Plaintiff,

v.

EARTHQUAKE MEDIA LLC,

    Defendant.

No. C 12-04581 CRB

**ORDER**

In connection with the Motion to Withdraw as Counsel (dkt. 20), the Court hereby DIRECTS Cotchett, Pitre & McCarthy LLP, counsel for Earthquake Media, to request that a representative of Earthquake Media be physically present at the motion hearing on February 8, 2013.

**IT IS SO ORDERED.**

Dated: January 25, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\4581\order re withdraw.wpd