1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADBRITE, INC., | CASE No.: 12-CV-04581 |
| Plaintiff, | **ORDER EXTENDING ADR/ MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| EARTHQUAKE MEDIA LLC, | |
| Defendant. | |

Pursuant to ADR L-R 6-4 and 6-5, the deadline by which mediation must be held is extended at least 90 days to May 17, 2013.

The Case Management Conference scheduled for February 8, 2013 is vacated and reset for Friday, June 14, 2013 at 8:30 a.m., the case management statement due June 7, 2013.

**IT IS SO ORDERED.**

Dated: January 28, 2013

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[PROPOSED] ORDER EXTENDING ADR/ MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE; 12-CV-04581

1