1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9         **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
10
11

| ADBRITE, INC., | CASE No.:  12-CV-04581 |
| Plaintiff, | **ORDER EXTENDING ADR/ MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| EARTHQUAKE MEDIA LLC, | |
| Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER EXTENDING ADR/ MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE; 12-CV-04581

1   Pursuant to ADR L-R 6-4 and 6-5, the deadline by which mediation must be held
2   is extended at least 90 days to May 17, 2013.
3   The Case Management Conference scheduled for February 8, 2013 is vacated and
4   reset for Friday, June 14, 2013 at 8:30 a.m., the case management statement due June 7,
5   2013.

7   **IT IS SO ORDERED.**

9   Dated: January 28, 2013



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER EXTENDING ADR/ MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE; 12-CV-04581     1