1  Daniel C. Marotta, Esq. (DM-2581)
   **GABOR & MAROTTA LLC**
2  1878 Victory Boulevard
   Staten Island, New York 10314
3  TEL: (718) 390-0555

4  *Attorneys for Defendant Earthquake Media, LLC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADBRITE, Inc. | CASE NO.: 12-cv-04581 CRB |
| Plaintiff, | ~~PROPOSED~~ **ORDER EXTENDING ADR/MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE** |
| vs. | |
| EARTHQUAKE MEDIA, LLC. | |
| Defendant. | |

---

Proposed Order Extending ADR./Mediation Deadline and Case Management Conference;
*Adbrite, Inc. v. Earthquake Media, LLC*; 12-cv-04581 CRB

Pursuant to ADR L-R 6-4 and 6-5, the deadline by which mediation must be held is extended at least 90 days to August 15, 2013.

The Case Management Conference scheduled for June 7, 2013 is ~~vacated~~ continued to 8:30 a.m. on August 23, 2013, the joint case management statement due August 16, 2013.

**IT IS SO ORDERED.**

Dated:  May 7, 2013



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

Proposed Order Extending ADR./Mediation Deadline and Case Management Conference;
*Adbrite, Inc. v. Earthquake Media, LLC*; 12-cv-04581 CRB